# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Caejuan D. Adkins                          )
_____            )   Case Number: 20-986- JPG
_____            )        *(Clerk's Office will provide)*
                                            )
*Plaintiff(s)/Petitioner(s)*                )
                                            )
              v.                            )   ☒ CIVIL RIGHTS COMPLAINT
                                            )   pursuant to 42 U.S.C. §1983 (State Prisoner)
Richard Watson et al                        )   ☐ CIVIL RIGHTS COMPLAINT
_____            )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____            )   ☐ CIVIL COMPLAINT
                                            )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)*                )   §§1346, 2671-2680, or other law

## I.   JURISDICTION

### Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of
     confinement.

### Defendant #1:

B.   Defendant _Richard Watson_ is employed as
                    (a)   (Name of First Defendant)

     _____Sheriffs_____
                    (b)   (Position/Title)

     with _St. Clair Co Sheriffs department_
                    (c)   (Employer's Name and Address)

     _700 W. 5th Street Belleville IL 62220_

     At the time the claim(s) alleged this complaint arose, was Defendant #1
     employed by the state, local, or federal government?   ☒ Yes   ☐ No

     If your answer is YES, briefly explain: _Richard Watson_
     _IS currently the sheriff of saint clair_
     _county of Illinois_

Rev. 10/3/19

**Defendant #2:**

C.    Defendant <u>Trinity Service Group</u> is employed as

       (Name of Second Defendant)

<u>Trinity Commissary</u>

       (Position/Title)

with <u>St. Clair Co. Sheriff's department</u>

       (Employer's Name and Address)

<u>700 N 5th St. Belleville IL 62220</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: T.S.G. Commissary P.O. Box 17490, St. Louis, MO 63178-7490 300 For St. Clair Co. IL Commissary Through Contract.

**Additional Defendant(s) (if any):** Please see additional page 1/1

D.    Using the outline set forth above, identify any additional Defendant(s).

<u>Defendant #3:</u>
Defendant David D.O. is employed as The Medical Director with Wexford Health Services through Contract at St. Clair Co. Sheriff's department 700 N 5th St. Belleville IL 62220.

<u>Defendant #4</u>
E. Defendant Dr. David Marcowitz is employed as Medical Doctor with Wexford Health Services Through Contract at St. Clair Co. Sheriff's department 700 N 5th St. Belleville IL 62220

Rev. 10/3/19

Defendant(s) #5

F: Any unknown parties discovered that is employed as a correctional officer OR Staff member with St. Clair county Sheriff's department 700 Nth 5th street Belleville IL 62220,

That's also employed by the state, local, OR Federal government

Through Ranking of correctional officer, Medical staff OR Health service (Wexford) and staff member of T.S.G. commissary Contracted.

**II.** Additional page to previous Lawsuits

A. I begun an civil action brought under 42 U.S.C. § 1983 (state prisoner)

B.

1) Caryuan D. Adkins
      Plaintiff

        VS.

   Gary Ash et. al
        Defendant(s)

2) Western District of Missouri

3) 18-1452-c-cv-NKL-P

4) I'm dealing with Memory Loss, can't Remember Judge.

5) Civil Rights action

6) I can't Remember what happen exactly upon my arrest January 9th but it was still pending At the time.

7) Date of Filing Lawsuit: 12-06-2018

8) Approximate date of disposition: was April 2019

9) The case was about to be in For depositions January I think.

## II. PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.  If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.  Parties to previous lawsuits:
Plaintiff(s): *Car Juan D. Adkins*

Defendant(s): *St. Clair Co. Sheriff's department et. al*

2.  Court (if federal court, name of the district; if state court, name of the county): *Southern District of Illinois*

3.  Docket number: *3:20-CV-00601-JPG*

4.  Name of Judge to whom case was assigned: *J. Phil Gilbert*

5.  Type of case (for example: Was it a habeas corpus or civil rights action?): *Civil Rights action*

6.  Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?): *Still pending*

7.   Approximate date of filing lawsuit: 8-25-2020

8.   Approximate date of disposition: 10-25-2020

9.   Was the case dismissed as being frivolous, malicious, or for failure to
     state a claim upon which relief may be granted and/or did the court
     tell you that you received a "strike?"

     I t was dismissed without
     prejudice, and Granted Leave to File
     a First Amended Complaint by
     8-25-2020

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution?  ☒ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner
     grievance procedure?                                        ☒ Yes    ☐ No

C.   If your answer is YES,
     1.   What steps did you take?  I've turned in Multiple
          Complaints to start the grievance procedure
          concerning the matter in my declaration

     2.   What was the result?  No Responses, excuses
          about the COVID-19 delaying the Responses

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you
     complain to prison authorities?                             ☒ Yes    ☐ No

F.   If your answer is YES,
     1.   What steps did you take?  File a Complaint on a
          Complaint Form and then file a the
          The complaint on a Grievance Form to
          exhaust remedy. I then wrote on an
          emergency complaint form to the Superintendent
          Major Tawbary Grimme concerning the matter

Rev. 10/3/19

2. What was the result? *No responses on the topic covid-19-virus or any major complaint concerning me*

G. If your answer is NO, explain why not. *Their tactic To avoid further civil suits* ~~attack ca.~~

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not: *either their still in process, lost or destroyed but I exhausted all complaints with out receiving responses or remedies, from St. Claire co. Jail staff members.*

*I would like to use the grievances in civil action 20-cv-00601-JPG as well with Bryan E. Hale*

# St Clair County Jail

*Gym*




## DETAINEE GRIEVANCE FORM

Detainee Name: _Carquam D. Adkins_

Cell Assignment: _LLB_       Booking Number: _326167_

Date of Grievance Occurrence: _7-21-2020 at 1:16 AM_

Nature of Grievance _C/O M. Ripperda Brought me_
_Legal mail and it was opened then Retaped_
_Close, we could tell by the tare in the envelope_
_C/O Sims was on vacation and C/O Lavonte_
_said he dont pass mail out at that time or night._
_My legal been here since the 15th and I didn't_
_get it until late that night. Cameras Footages will_
_Show my mail was opened and read._
_This is a Federal offense_

*(left margin:) I received my complaint response 8-1-2020*

Action/Response: _____

*(left margin:) would like to have a copy to send to my lawyer please him myor and Crack bees*

_My crew was not aware that we had mail to_
_pass until near lockdown that night. Mail had_
_already been sorted (NOT By My Officers)._
_We passed Mail only, Not sorted, not opened by_
_my staff. My officers are not aware of_
_why there was a tear or tape on the envelope._
_Adkins can send a copy to his attorney... Copy provided 8-3-20_

Detainee's Signature: _____   Date: _8-1-2020_

Shift Supervisor's Signature: _____ 447   Date: _8-3-20_



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST/COMPLAINT FORM



Name _Carlyon D Hollins_ SD Number _326167_ Block _A - Block_ Date _9-20-2020_

**Request/Complaint:** I/e I tested positive for the COVID-19 virus in the custody of St. Clair Co. Sheriffs department. Richard Watson failed to provide safety and security through Negligence in accordance with Deliberate Indifference to a serious medical, Due to the fact this facility reach well over the full capacity from crowdedness, prison condition, not allowing masks in the blocks or soapins proper test, and exposure at to serious contagious Diseases, 8th Amendment cruel and unusual punishment / Illegal search and seizure 4th Amendment, 14th Amendment equal protection

Signature _Carlyon Hollins_ Date _9-20-2020_

**Officer Actions:** _____

_____

_____

_____

_____

Signature _____ Date _____

**Supervisor Actions:** _____

_____

_____

_____

_____

_____

Signature _____ Date _____

**Administration Actions:** _____

_____

_____

_____

_____

_____

_____

Signature _____ Date _____




# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name La Juan D Adkins  SD Number 326107  Block A-Block  Date 9-20-2020

Request/Complaint: Trinity Commissary (T.S.G) violated my constitutional rights by exposure to serious contagious covid-19-virus, deliberate indifference to serious medical need knowing the virus is in the jail, negligence of detained's Health issues In accordance with the 8th Amendment cruel and unusual punishment b/c I tested positive for the covid-19 virus Illegal search and seizures 4th Amendment

Signature _____  Date 9-20-2020

Officer Actions: _____
_____
_____
_____
_____
_____

Signature _____  Date _____

Supervisor Actions: _____
_____
_____
_____
_____
_____

Signature _____  Date _____

Administration Actions: _____
_____
_____
_____
_____
_____
_____

Signature _____  Date _____

Turned in to block officer N. Liebig or C/O Hays or C/O Nichols




# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST/COMPLAINT FORM

2 59pm

Name _Carjuan D. Adkins_ SD Number _326167_ Block _A-Block_ Date _9-20-2020_

**Request/Complaint:** B/C I tested positive For the COVID-19 Virus
Dr. David Marcowitz through wexford Health service violated
my Constitutional Rights by not supplying accurate test foredeting
[?] order masks and gloves to be allowed on the blocks for protection
being negligence towards my Health complications in results of me
eventually me being diagnose of Highblood pressure exposure to serious
contagious diseases or virus knowing trinity commissary TSG is the
problem with Health complications In accordance with Deliberate Indifference
to a serious medical need 8th Amendment
cruel & usual punishment

Signature _____ Date _9-20-202_

**Officer Actions:** _____
_____
_____
_____
_____
_____

Signature _____ Date _____

**Supervisor Actions:** _____
_____
_____
_____
_____
_____
_____

Signature _____ Date _____

**Administration Actions:** _____
_____
_____
_____
_____
_____
_____

Signature _____ Date _____

# IV. STATE OF CLAIM

## A.

1. Since 01-10-2020 The plaintiff Duration of time has been in custody of St. Clair County Jail Sheriff department. The Administrative allowed a product Called E-Cigarette From T.S.G. Commissary To be Sold in St. Clair Co. Jail That prohibits smoking. The Plaintiff was diagnose with high blood pressure From using the product due to his distress and hostile enviroment, He also suffered from second hand smoke by detainee's who carried and made the COVID-19 virus air borne through water vapor. B/C The plaintiff was diagnose with high blood pressure and Tested positive For the COVID-19 virus described in his declaration. Defendants Richard Watson and Trinity Service Group Commissary violated his constitutional Rights In accordance with The 4th Amendment Illegal Search and Seizure

## B.

1. Due to the prison conditions:

A) allowing e-cigs to be sold in the Facility that prohibited smoking, Richard watson Fails to provide Safety and security in the institution, B/C Nicotine is an addictive chemical and pose health Risks to detainees. The use of e-cigs has not been approved by the F.D.A. and The administrative allow a Second e-cigs To be bought which violates Their own Rules and Regulations. (See exibit Bryan E. Hale #651) This neglegance alone creates nicotine overdose in detainees, while in distress of their criminal Charges, They begin to have with or without The product addittive personalities. Along with The exposure of second hand smoke From detainees who carried the COVID-19 virus, Forms a more hostile environment and ongoing pandemic of the virus inside the St. Clair County Jail.

(1)

B.) The St. Clair County Jail ventilation system Heating/cooling shares the same circulation air flow with no fresh air through out the facility, so theres no escaping the airborne COVID-19 virus

C.) The facility is in humane condition, infested with black mold and various insect types, and b/c of the crowdedness of detainee's well over the full capacity of the institution, the plaintiff is sleeping on the floor in A-Block Dayroom, after he was and learned his test for the COVID-19 virus was positive on (9-11-2020)

# B-2 <u>Deliberate Indifference to a serious medical need:</u>

A.) The Administrative don't test incoming detainee's for the COVID-19 virus, or do a proper medical background check concerning health issues to avoid Further injury, selling the product (e-cig) and exposure of the COVID-19 virus endangering other detainee's lives.

B.) The Administrative do not allow the detainee's to have masks and gloves to protect themselves inside each blocks from inmates who carry the COVID-19 virus that have not been tested or tested positive.

C.) Although the Administrative is aware of their own Health disclaimer on the T.S.G. commissary form (see exhibit 2) and St. Clair county sheriff's department rules and regulations hand book (see exhibit   ) The form and handbook identifys the same symtoms of the Covid-19 virus, The Administrative from the sheriff's department including wexford Health serves and T.S.G. commissary allow the (e-cig) to be sold anyway to detainee's with the same health complications and even to detainee's containing the COVID-19 virus only to Further injury.

D.) By not removing e-cigs due to the corona virus pandemic within the institution, after the first case discovered, lead to more, over 81 and rising cases of the covid-19 virus, with three

Death in St. Clair County Jail.

E.) The Administrative provides Inadequate medical care, that enables the nurses to provide none patients or patients with the virus or certain health conditions with medication. Nor do they do frequent tempature checks for detainees on quarantine. Also by not supplying sufficient test for the detainee's the results are steady inaccurate. B/c of This, Defendant(s) Richard Watson et al violated The plaintiff Adkins constitutional Rights in accordance with the 8th Amendment cruel and unusual punishment

C.

1.) After being exposed to the corona virus the first time, on 6-1-2020 The plaintiff was placed on quarantine for 7 days. For two months He suffered from symtoms of the virus having massive migraines, trouble breathing, sinus infection, tooth infection, ringing in his ears and High blood pressure. The plaintiff made multiple complaints: verble and request forms daily but b/c Dr. David Markowitz didn't supply him with an covid-19 virus Test, His symtoms only got worst with an ending result of the plaintiff being diagnose with High blood pressure and a positive test for the corona virus. Defendant David Markowitz violated the plaintiff's constitutional Rights, Deliberate Indifference to a serious medical need in accordance with the 8th Amendment cruel and unusual punishment

D. On 7-21-2020 The plaintiff recieved Legal Mail from Sedev Harper Westhoff P.C. Law Firm concerning legal documents for his Civil Rights Action against The Administration of St. Clair Co. Sheriff's department, at 1:16 am, The legal mail was tore

(3)

Open Then Read, and Re-taped Closed. The plaintiff search for who was responsible for invading his privacy and found no one. Defendant Richard watson Administrative violated his constitutional Rights in accordance with the 4th Amendment Illegal search and seizure.

E The Administrative allows all staff members through out the Facility to wear masks and gloves to prevent and protect themselves from the virus. But not allowing the detainee's to wear masks and gloves in the Blocks to prevent Futher outbreaks violates the plaintiff constitutional Rights. Defendant Richard watson violates the plaintiff Adkins 14th Amendment under equal protection law.


Please Read Declaration of Carjuan D. Adkins Exhibit Z For details

(4)

**V** Request For RELIEF.

1) The Plaintiff CarJuan D. Adkins is in Pursuant of monetary damages in the Defendant(s) Richard Watson et. al Individual and official capacity of the Following:

A.) The plaintiff is suing Defendant Richard watson in his official capacity For compensation damages of Five million dollars.

B.) The Plaintiff is suing Defendant David D.O. in his official capacity For compensation damages of $2.5 million dollars.

C.) The plaintiff is suing Defendant Trinity Service Group Commissary in their official capacity For compensation damages of $5 million dollars.

D.) The Plaintiff is suing Defendant DR David Marcowitz in his Individual capacity For punitive damages of one hundred and fifthy Thousand dollars.

E.) The plaintiff is suing Any unknown parties discovered in their Individual or official capacity as an Defendant that is employed by the St. clair co. Sheriff's department that is responsible of Violating his constitutional Rights.

2.) The plaintiff is in pursuant of preliminary injunction, seeking immediate Release

(1)

From St. Clair Co. Sheriff's department custody on his own Recognizance.

A) The plaintiff has been incarcerated at the St. Clair Co. Sheriff's department (Jail) since January 10th 2020

B.) The Plaintiff has been charged with, Felony In possession of ammunition, class 3.

C) The plaintiff Current Bond is $10,000 ten Percent $1,000 To post Bail.

D.) The plaintiff is a pre-trial detainee which should be Free from abuse in the Form of punishment.

E.) The plaintiff has been Facing Retaliation and discrimination in the Form of Reprisal at St. Clair county Jail (From staff members)

F.) The plaintiff Recently Tested positive For the COVID-19 Virus, but has No symptoms on 9-11-2020

G.) The plaintiff is currently suffering from untreated mental Illnesses Such as, memory Loss, Paranoia, Post traumatic Stress, anxiety Mood Swings and other mental disorders unknown.

H.) The plaintiff has been Recently diagnose with High blood pressure, and other medical Issues Revealed in his Declaration

1.) St. Clair Co. Jail do not provide adequate Medical care or mental Health Service, For the COVID-19 virus and mental Diseases.

2.) The plaintiff is in Exigent circumstances, with St. Clair Co. Jail having over 81 cases and one died From the COVID-19 virus Its Susceptible and Succumbing In accordance with Helling v. McKinney 509 US 25, 34 (1993) Notes that the 8th Amendment prohibits a detainee (Pre-trial) From exposure to serious contagious Diseases.

3.) The plaintiff seeks Appointed Counsel and Request The Courts to Take this civil Rights Action as a Supplemental Complaint For Atkins v. St. Clair Co. Sheriffs Department et al Cause NO 20-cv-00601-JPG with assign (pro bono) appointed counsel Bryan E. Hale

4.) The Plaintiff Request The Courts For The above Relief TO be Granted From Defendants Richard Watson et al. For his deprivation of his constitutional Rights Causing the plaintiff pain and Suffering, emotional upset and physical Injuries, acting under the color of law.

## V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*Please see additional pages 3/3*

## VI.  JURY DEMAND *(check one box below)*

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: ___9-21-2020___  
(date)

_____Carfuan D. Adkins_____  
Signature of Plaintiff

___700 Nth 5th Street___  
Street Address

___Carfuan D. Adkins___  
Printed Name

___Belleville IL 62220___  
City, State, Zip

___526167___  
Prisoner Register Number

_____  
Signature of Attorney (if any)

Rev. 10/3/19

Exhibit 2

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## E-CIGARETTE LIABILITY WAIVER

By purchasing an electronic cigarette, you are certifying that you have read and agreed to the following disclaimers:

### PURCHASE DISCLAIMER
**NOTICE** By purchasing an electronic cigarette, e-cigarette, "e-cig", or other similar device (collectively referred to as "e-cigarette") from Trinity Commissary, you agree and verify that you are at least 18 years of age or older. The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives do not assume any liability for your purchase, use, or possession of any e-cigarette. The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives do not assume any liability for any personal or property damage that may result from your purchase, use, or possession of your e-cigarette.

### HEALTH DISCLAIMER
**WARNING** The FDA has not approved the use of e-cigarettes. E-cigarette products contain nicotine. Nicotine is an addictive chemical. Please be aware that nicotine may pose health risks to adults. E-cigarettes are not intended for use as smoking deterrents or to reduce dependence on traditional tobacco products. E-cigarettes are not intended for use by pregnant or nursing women, people with heart disease, high blood pressure, diabetes, asthma, sensitivities to nicotine, propylene glycol, or vegetable glycerin. Nicotine overdose may cause seizures or death. Please be aware of nicotine overdose symptoms such as vomiting, nausea, diarrhea, sweating, headaches, heart palpitations, trouble breathing, abdominal cramps, confusion, coma, fainting, increasing salivation, weakness or muscular twitching. You should not drink the e-liquid used in e-cigarettes. If the e-liquid comes in contact with your skin, you are advised to thoroughly wash and rinse the affected area.

### BATTERY DISCLAIMER
**NOTICE** By purchasing the e-cigarettes from Trinity Commissary, you are accepting full responsibility for proper battery usage. Batteries can fail without warning. By reading this Waiver and signing for your e-cigarette, you acknowledge the risks of lithium/lithium-ion batteries. Batteries may explode if mishandled. The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives are not liable or responsible for the use or misuse of the lithium/lithium-ion batteries contained in e-cigarette devices. The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives do not assume any liability for any personal or property damage that may result from the use or misuse of the lithium/lithium-ion batteries contained in e-cigarette devices.

*Any tampering, modifying, intentional breaking, and or other misuse of your e-cigarette constitutes a violation of the St. Clair County Jail Detainee Rules & Regulations.*

## E-CIGARETTE ORDER FORM

Caaquan Adkins  326167   A-Block

NAME: FIRST LAST      INMATE#      BLOCK/CELL

| | MENTHOL E-CIGARETTE | $10.00/EACH | |
| 2 | MIXED BERRY E-CIGARETTE | $10.00/EACH | $20.00 |

Quantity

                                    $20.00
SIGNATURE                           TOTAL

✗ on back page

BY SIGNING YOU ACKNOWLEDGE THE E-CIGARETTE AND COMMISSARY TERMS. YOU ALSO AUTHORIZE FUNDS TO BE DEDUCTED FROM YOUR TRUST ACCOUNT TO PAY FOR THIS ORDER. IF YOU ARE RELEASED, ON DISCIPLINE OR TRANSFERRED PRIOR TO RECEIVING YOUR ORDER YOU WILL BE OUT THE FUNDS AND E-CIGARETTE ITEM.   ALL SALES ARE FINAL

1) The Sheriff's Handbook Rules says we are only allowed to buy one ecig

2) They sell two, to cause Nicotine overdose

3.) Causes same symtoms

4.) Detainee's sign these in distress

5.) St. clair co. Jail & trinity will sell product to COVID-19 patients and none patients with Health complications

6.) Air-borne virus throughout frcility

Exhibit-3

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

To: Collins

B-12 until
toilet
stop

Name Carjuan D. Adkins    SD Number 326107    Block (B-12)    Date 9-1-2020

**Request/Complaint:** I was told by Captain Collins when I owed Restriction = can have my commissary. Can I please have my commissary. If not can you put my money back on my trust fund account. Today please Thank you +God bless

Signature _____    Date 9-1-2020

**Officer Actions:** FWD to Commissary
Detainee Adkins was given his commissary on 9-3-2020
Bcom#91

Signature _____ Hunt    Date 9-2-2020
Everett

**Supervisor Actions:** Agree w/ officer actions

Signature Sgt _____ #471    Date 9/5/2020
Green

**Administration Actions:** _____

Signature _____    Date _____

Exhibit 4

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

was in B-11 then to A Block

To: Sgt Chambers

A

Name Car Juan Adkins  SD Number 326167  Block B-11  Date 9-8-20

Request/Complaint: MrS. Chambers I'm sorry for bothering you b/c I know you are busy. I need a couple of things and I'm having trouble getting them
1) When is my next court date? I suppose to went yesterday 9-8-20 but I didn't so
2) Can you give me a print off or write down my case # I was charged with felony of ammunition
3.) I.R.A.    Thank you and bless you

Signature _____ Date 9-8-20

Officer Actions: I ADVISED DETAINEE ADKINS THAT HIS COURT DATE IS SEPT 22ND AT 08:30 AND THAT I WOULD ADVISE HIM OF HIS CASE NUMBER

Signature _____ #4141 BAKER  Date 09/09/2020

Supervisor Actions: Agree w/ officer actions

Signature _____ #479 Gian  Date 9-10-2020

Administration Actions: _____

Signature _____ Date _____



Conjuan D. Adkins #326167
St. Clair Co. Jail Sheriff's dept.
700 N 5th Street
Belleville IL 62220

MAIL CLEARED
US MARSHALS

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

Office of the Clerk
United States District Court
750 Missouri Ave.
East St. Illinois 62201

Legal
Mail

**RECEIVED**

SEP 2 5 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Legal Mail