UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARJUAN D. ADKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-cv-986-JPG |
| ) | |
| RICHARD WATSON, ) | |
| TRINITY SERVICE GROUP, and ) | |
| DAVID MARCOWITZ, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**DEFENDANT'S OBJECTION TO MOTION TO INTERVENE**

COMES NOW **Defendant, Sheriff Richard Watson**, by and through his counsel of BECKER, HOERNER, & YSURSA, P.C., and for his Objection to Motion to Intervene, states as follows:

1. On January 8, 2021, Cameron Belk filed a Motion to Intervene in this matter, naming other persons in the motion. (Doc.25)

2. The Motion to Intervene fails to identify the grounds or legal basis that would call for intervention, including whether the Motion seeks permissive intervention or intervention as of right. Federal Rule of Civil Procedure 24.

3. Indeed, the Motion to Intervene is not addressed to the claims remaining in this case, but to counts that have been dismissed. (Doc. 12)

4. The Motion to Intervene is addressed to Counts 5, 6 and 7 - each of which was dismissed in the Order entered on preliminary review under 28 U.S.C. § 1915A, (Doc. 12).

5. Additionally, the movant, Cameron Belk, has filed numerous actions before this Court and the Circuit Court of St. Clair County, Illinois, with such actions both indicating the lack of justification for intervention in this case to protect his interests and displaying a misunderstanding of the process of intervention.

6. The movant, Cameron Belk, has a current action pending before this Court, including a Third Amended Complaint which contains 10 counts, in which he has been appointed counsel. (*Cameron Belk, Sr. vs. Richard Watson, et al.*, SDIL No. 19-cv-499-JPG)

7. Furthermore, the movant, Cameron Belk, had a previous action making at least 19 requests regarding conditions which was dismissed by the Circuit Court of St. Clair County. (*Cameron Belk vs. St. Clair County Jail, Sheriff Richard Watson, et al.*, St. Clair County, IL No. 19-L-378)

8. The movant, Cameron Belk, has also attempted to intervene in at least one prior matter before this Court which was denied *sua sponte*. (*George Most vs. Sheriff Watson*, SDIL No. 3:20-cv-493-NJR Doc. 34)

9. The movant, Cameron Belk, has also filed a Motion to Intervene in other pending actions. (*Shane A. Kitterman vs. Brendan Kelly, et al.*, SDIL No. 20-cv-500-MAB Doc.43)

10. There is no legal basis for the intervention, the Defendant would be prejudiced by intervention and the interests of justice and judicial economy call for the Motion to Intervene to be promptly denied.

WHEREFORE, the **Defendant, Sheriff Richard Watson**, objects to the Motion to Intervene and requests this Court to enter an Order denying the Motion to Intervene, and for such other relief as the Court deems just and proper.

                                      **BECKER, HOERNER & YSURSA P.C.**

                                      By:    Thomas J. Hunter, Bar No. 6256119

*ATTORNEY FOR DEFENDANT:*

BECKER, HOERNER & YSURSA, P.C.
5111 West Main Street
Belleville, Illinois 62226
Tel: (618) 235-0020
Fax: (618) 235-8558
tjh@bhylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **January 21, 2021**, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send electronic notice of such filing to all attorneys of record, and have further forwarded a copy to pro se Petitioner for intervention, via Regular Mail, at the address provided in this case, to wit:

Pro Se Petitioner for Intervention:

LEGAL MAIL
Cameron Belk, Sr., #468008
St. Clair County Jail
700 North 5th Street
Belleville, IL 62220

                                            s/ Thomas J. Hunter