## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| CARJUAN D. ADKINS (#326167),<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD WATSON, TRINITY SERVICE GROUP DR. DAVID, DAVID MARCOWITZ, JOHN DOE,<br><br>    Defendants.<br><br>CAMERON BELK, SR.,<br><br>    Intervenor. | No. 3:20-cv-00986-JPG |

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES Appointed Counsel, Edward A. Khatskin of CASSIDAY SCHADE LLP, and for his Motion to Withdraw as Counsel, states as follows:

1. On September 25, 2020, Plaintiff, CARJUAN D. ADKINS, filed a *pro se* Complaint asserting claims against the SHERIFF OF ST. CLAIR COUNTY, SHERIFF'S DEPARTMENT, TRINITY SERVICE GROUP, DR. DAVID MARCOWITZ, and DR. DAVID alleging 42 U.S.C. § 1983 claims apparently related to exposure to COVID-19 positive inmates, denial of case for symptoms of COVID-19, and First Amendment retaliation claims against unspecified individuals.

2. On January 11, 2021, the Court recruited attorney, Edward A. Khatskin, to represent Plaintiff. [Doc. 28].

3. On January 29, 2021, Edward A. Khatskin filed his Entry of Appearance on behalf of Plaintiff and simultaneously filed the instant Motion to Withdraw.

4. Edward Khatskin is currently counsel for record in approximately 22 cases in which he represents WEXFORD HEALTH SOURCES, INC. ("Wexford") and/or it's employee healthcare professionals against lawsuits brought by inmates of the IDOC pursuant to § 1983. In each of those lawsuits, the inmates allege constitutional violations in connection with the healthcare they have received while incarcerated.

5. The Edward A. Khatskin's representation in defending clients against claims brought by prisoners pursuant to § 1983 represents the vast majority of his practice.

6. Wexford is a private contractor that provides healthcare services to inmate incarcerated at facilities administered by the IDOC pursuant to a contract with the State of Illinois, and several county detention centers. One of the facilities at which Wexford provides healthcare services to inmates is St. Clair County Jail.

7. In reviewing the allegations set forth in Plaintiff's pro se Complaint, he appears to allege that he received inadequate medical care from Dr. David Marcowitz, a Wexford employee.

8. Edward A. Khatskin has a conflict of interest that precludes him from accepting the responsibility of representing Plaintiff in this matter. L.R. 83.11(a)(1).

9. Additionally, Cassiday Schade LLP, Edward A. Khatskin's employer, has an extensive practice of defending against inmate claims made pursuant to § 1983, thus in addition to the actual conflict of interest that exists, personal and professional compatibility exists between Mr. Khatskin and Plaintiff based upon the firms and Mr. Khatskin's almost exclusive defense of personal injury lawsuits.

WHEREFORE, Appointed Counsel, Edward A. Khatskin of Cassiday Schade LLP, requests that his Appearance be withdrawn for Plaintiff, and that he be granted relief from this particular assignment.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ *Edward Khatskin*

One of the Attorneys for Plaintiff

Edward Khatskin
ARDC No. 6319840
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
ekhatskin@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record.

/s/ *Edward A. Khatskin*

9724045