UNITED STATES DISTRICT COURT
For the
Southern District of Illinois

Carjuan D. Adkins #326167
~~Plaintiff~~

vs.                                Case No. 20-CV-00986-JPG

Richard Watson et. al
Defendant(s)

Declaration of Carjuan D. Adkins for George Gammon #455113

I, Carjuan D. Adkins #326167, the above Plaintiff currently located at St. Clair County Sheriff's Department (Jail) 700 N. 5th Str. Belleville IL 62220 and have been since January 10th 2020.

12-27-2021 I was sent to F-Max from J-Block b/c of a incident that occur concerning safety & security. upon my stay in a isolated cell all the kitchen workers tested positive for the Covid-19 virus. The Facility had to Quarantine the whole kitchen area, which lead to other Blocks throughout the Facility to be Quarantine. On January 4th 2021 I was relocated from F-Max to the Annex Building AA-Block cell 1. Which so happened to be the only block in St. Clair County Jail that wasn't on Quarantine at the time. For a few days I watched detainee's come in and

out the block from either intake or Bonding out of the jail. Until one detainee came in and was showing symptoms of the virus. So I'm writing this declaration on the behalf of myself especially George Gannon and the following Cortez Brown, Kevin McCreight, Andrew Kunkle, Cedric D. Allen, Joseph Nickell, John Eglseder, Keandre Hollins, Andrew McKissick, Joey Thomas, Ray Taylor, Arenzo Hoffman and Trevon Fenton. We all was suffering from the virus, some more then others eventually one in death! Kevin McCreight tested positive first then was forced to locked down with Cortez Brown under the jail Administrative order trapping them with out access to the phone shower Medical Attention basically to defend for them selfs with the virus. The same happen to John Eglseder and George Gannon, when George Gannon was tested, his results was positive but the jail Administrative only locked him down, he was fine at first with no symptoms but the jail continued to sell him E-cigarettes! I repeatedly told the staff members through complaints about selling E-cigarettes to detainees who tested positive with the virus will only spread the virus and weaken the patients immune system I got no responses back on them except the one complaint form I turned in about the cloth masks eventually they give us after the outbreak happened in A1-block! See copy of complaint form enclosed with this

Declaration. The above Detainees mentioned had no help or idea how to overcome this situation so I advised them to write complaint forms, we all asked for medical treatment and was denied. I saw how weak they all were becoming and understood how they was feeling b/c of my past experiences catching the virus in Richard Watson custody. The virus doesn't effect you the same way each time you catch it. This time Muscle twitching, sinus infection and trouble breathing was the only problems I was having but I knew it was from the virus. They didn't do tempeture checks or any type of medical care for AA-block. MR. George Gannon asked me to help him file a lawsuit b/c he felt like he was going to die, he was sometimes incoherent talking as if he was Day dreaming, so his celly John Eglseder had the staff member get a nurse who eventually had him be put in a wheel chair and sent to infirmary, but some strange reason they sent him back to be locked in the cell. Then later to be escorted out again! From that point I never seen him again! I help these people file their suit in order to get immediate help to to prevent more deaths b/c of St. Clair County policys. The problem is my claims stated against Richard Watson et. al (his Administrative Refuse to acknowledge

I pledge under penalty of perjury the above is true and correct

Feb-2-2021
Carjuan D Adkins

Respectfully Submitted