IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CARJUAN D. ADKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:20-cv-00986-JPG |
| ) | |
| RICHARD WATSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### APPLICATION TO BE RELIEVED FROM ASSIGNMENT
### TO REPRESENT PLAINTIFF

NOW COMES attorney Eric A. Freeland (hereafter "Applicant"), pursuant to Local Rule 83.11, and for his Application to be Relieved From Assignment to Represent Plaintiff, states as follows:

1. This Court's docket reflects that on February 18, 2021, Applicant was assigned to represent Plaintiff in this Prisoner-Civil Rights case. Per the Court's order, Applicant was to enter his appearance on Plaintiff's behalf on or before March 4, 2021.

2. This Court's docket further reflects that notification of the assignment of Applicant to represent Plaintiff was attempted at Applicant's former place of employment – the law firm of Lorenzini & Associates, Ltd. in Plainfield, Illinois. Applicant left his employment at Lorenzini & Associates, Ltd. in August 2019, and has not had access to mail delivery, phone service, or his prior email address at the firm since that time.

3. Applicant first became aware of this Court's order assigning him to represent Plaintiff in this action on March 8, 2021, when he received an email sent to his home email address by the Court's *Pro Se* Law Clerk, informing him of the assignment.

4. After leaving his employment with Lorenzini & Associates, Ltd., in August

1

2019, Applicant permanently moved from Plainfield, Illinois to Knoxville, Tennessee, where he has resided continuously since August 2019. Applicant is currently unemployed and in the process of seeking admission to the Tennessee bar.

5. Except for a single mortgage foreclosure case pending in the Circuit Court of DuPage County, Illinois – *Fortress Bank v. Norton, et al.*, Case No. 2018 CH 1219 – in which Applicant represents the plaintiff-bank, Applicant has no other legal matters pending in Illinois. A judgement of foreclosure sale was entered in the *Fortress Bank v. Norton* case in November 2019 and the only work remaining to be completed in that case are a Sheriff's sale and motion to confirm the sale. The Sheriff's sale has not taken place due to a moratorium on foreclosure sales as a result of the ongoing COVID-19 pandemic.

6. During his 34-year legal career, Applicant has participated in just one case in this Court – *Corcoran Consulting, LLC, et al.* v. *CREMServices, LLC, et al.*, Case No. 17-cv-803-MJR (S.D. Ill.) – and has not participated in any cases in this Court since January 8, 2019.

7. Applicant's residential and professional location in the Knoxville, Tennessee – 500 miles from East St. Louis, Illinois – makes travel to southern Illinois very expensive, time consuming, and inconvenient, and would place extraordinary personal and financial burdens on Applicant in accepting this assignment under even normal circumstances. Applicant respectfully requests this honorable Court to be relieved of the assignment to represent Plaintiff in this action. Given the recent assignment of Applicant to represent Plaintiff, and the early stage of this litigation, there is no reasonable likelihood Plaintiff will be harmed if this application is granted.

8 Given Applicant's permanent relocation to Knoxville, Tennessee, Applicant does not anticipate participating in any cases in the United States District Court for the Southern District

of Illinois in the future. Therefore, Applicant requests that his admission to the bar of this Court be voluntarily withdrawn and that Applicant be voluntarily removed from the roll of the bar of this Court.

    WHEREFORE, pursuant to Local Rule 83.11(a), and with good cause shown, Applicant respectfully requests this honorable Court to be relieved of the assignment to represent Plaintiff herein.

    By: /s/ Eric A. Freeland
    Eric A. Freeland (ARDC #6193605)
    5329 Buckhead Trail
    Knoxville, TN 37919-8986
    (865) 266-0259
    Email: e.freeland@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing **Application to be Relieved from Assignment to Represent Plaintiff** with the Clerk of the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following attorneys via e-mail on March 11, 2021:

Thomas J. Hunter
Email: tjh@bhylaw.com
Becker, Hoerner & Ysursa, P.C.
5111 W. Main St.
Belleville, IL 62226
(618) 235-0020
Fax: (618) 235-8558
*Attorneys for Defendant Richard Watson*

Rodney M. Sharp
Email: rsharp@sandbergphoenix.com
Kevin K. Peek
Email: kpeek@sandbergphoenix.com
Sandberg Phoenix & von Gontard, P.C.
600 Washington Ave., 15th Floor
St. Louis, MO 63101-1313
(314) 231-3332
Fax: (314) 241-7604
*Attorneys for Defendant Dr. David Marcowitz*

Alexander B. Chosid
Email: Alex.Chosid@TKCHoldings.com
TKC Holings, Inc.
1260 Andes Boulevard
St. Louis, MO 63132
(314) 216-2218
Fax: (314) 213-1190
*Attorney for Defendant Trinity Services Group, Inc.*

I hereby certify that a true and correct copy of the foregoing **Application to be Relieved from Assignment to Represent Plaintiff** was served via regular mail on the following non-CM-ECF participants at the following addresses by depositing the same in the U.S. Mail located in Knoxville, Tennessee, with proper postage prepaid, on March 11, 2021:

Carjuan D. Adkins, #326167
St. Clair County Jail
700 North 5th Street
Belleville, IL 62220
*Plaintiff*

Cameron Belk, Sr., #468008
St. Clair County Jail
700 North 5th Street
Belleville, IL 62220
*Intervenor*

By: /s/ Eric A. Freeland
    Eric A. Freeland (ARDC#6193605)
    5329 Buckhead Trail
    Knoxville, TN 37919-8986
    (865) 266-0259
    Email: e.freeland@sbcglobal.net