Deputy Clerk

My name is Carjuan D Adkins and I'm writing you in the matter of Change of Address. For the following Civil Rights Actions:

Adkins vs. Watson et.al #20-cv-00601-JPG
Adkins vs. Watson et.al #20-cv-00986-JPG

I'm Address is No longer 700 W. 5th St. Belleville IL 62220

My Address now is:

3020 West Main St.
Belleville IL 62226.

4-11-21

Respectfully

Carjuan D. Adkins
3020 West Main St
Belleville IL 62220

Cayman D Adkins #326167
St. Clair County Jail
700 North St6 Street
Belleville IL 62226

Legal Mail

Clerk
UNITED STATES DISTRICT court
750 Missouri Ave
East St. Louis, Illinois 62201



RECEIVED
APR - 9 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE