UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARJUAN D. ADKINS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 20-cv-986-JPG |
| RICHARD WATSON, TRINITY SERVICE GROUP, and DAVID MARCOWITZ, | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## AFFIDAVIT OF CAPTAIN SHAN COLLINS

I, Captain Shan Collins being first duly sworn upon my oath, state that I have knowledge of the facts set forth herein, that I am competent to testify, and if called as a witness herein, I would make the following statements:

1. I am the Captain and Assistant Jail Superintendent of the St. Clair County Jail.

2. I have served in this capacity since June 7, 2019.

3. I previously served as a correctional officer at the St. Clair County Jail from May 2009 to May 2016.

4. I previously served as a Sergeant at the St. Clair County Jail from May 2016 to September 2016.

5. I previously served as a Master Sergeant at the St. Clair County Jail from at the St. Clair County Jail from September 2016 to June 2019.

6. As Assistant Jail Superintendent, I am familiar with the operations of the St. Clair County Jail, including the Grievance Procedure.

7. This Grievance Procedure is contained in the Detainee Rules and Regulations.

8. The Detainee Rules and Regulations in effect from January 2019 to the present date is Bates-stamped as SCCJ Handbook 00001-20.

9. The Detainee Rules and Regulations in effect beginning January 2019 describes the Grievance Procedure.

10. A copy of the Detainee Rules and Regulations is distributed to detainees at the St. Clair County Jail at "dress out".

11. Further, detainees may request a copy of the Detainee Rules and Regulations from any correctional officer.

12. Upon information and belief, Carjuan Adkins is familiar with the grievance process at the St. Clair County Jail.

13. The Grievance Procedure is described in a section of the Detainee Rules and Regulations. (SCCJ Handbook 000011 at: p. 20-21).

14. The Detainee Rules and Regulations instructs detainees to "Ask for Complaint/Request Form" to begin any grievance. (SCCJ Handbook 000011 at p. 20)

15. As indicated in the Detainee Rules and Regulations, "[a] Captains request must be submitted prior to the grievance procedure." (SCCJ Handbook 000011 at p. 21)

16. The Captain's Complaint/Request Form is printed on carbon copy paper consisting of a white front page and a yellow back page.

17. A detainee writes his/her concern on the entire carbon copy sheet and submits the entire carbon copy sheet to any officer in the St. Clair County Jail.

18. St. Clair County Jail officers, supervisors, and/or the Assistant Jail Superintendent and/or Jail Superintendent document their response(s) on the entire carbon copy sheet.

19. After documenting the response(s) on the entire carbon copy sheet, the yellow back page of the carbon copy sheet is detached and returned to the detainee.

20. St. Clair County Jail administrative staff retain the white front page, for the St. Clair County Jail's records.

21. If the detainee is not satisfied with the resolution of the Captain's Complaint/Request, the detainee must then submit a Detainee Grievance Form as part of the Grievance Procedure

22. As indicated in the Detainee Rules and Regulations Handbook, "Detainee Grievance Forms can be obtained from any supervisor or correctional officer." (SCCJ Handbook 000011 at p.21)

23. On a daily basis I work with and am in contact with the administrative staff of the St. Clair County Jail.

24. One of my duties is to ensure St. Clair County Jail administrative staff maintain copies of Captain's complaints and grievances filed at the St. Clair County Jail.

25. St. Clair County Jail administrative staff keep copies of Captain's complaints and grievances in the ordinary course of business.

26. Carjuan Adkins was booked into the St. Clair County Jail on January 10, 2020.

27. On April 5, 2021, Carjuan Adkins was released from the St. Clair County Jail.

28. Searches of St. Clair County Jail records for this time period of January 10, 2020 through April 5, 2021 located the following (29) Captain's Complaints/Requests and (3) Grievance Forms from Carjuan Adkins with a general description to the best ability of reading and transcribing and a bates-numbering of:

a. January 22, 2020, Captain's Complaint/Request for false arrest, being "deliberately indifferent to a serious medical need," and denial of access to a phone to contact a lawyer and family members (SCC-Adkins- Grievance Docs 000001);

b. January 25, 2020, Detainee Grievance Form for false arrest, being deliberately indifferent to serious medical need, and denial of access to a phone to contact a lawyer and family members (SCC-Adkins- Grievance Docs 000002);

c. March 31, 2020, Captain's Complaint/Request for personal property, including tumbler cups and described clothing. (SCC-Adkins- Grievance Docs 000003);

d. March 31, 2020, Captain's Complaint/Request to be taken off all medications and for toilet paper, toothpaste, toothbrush and soap. (SCC-Adkins- Grievance Docs 000004);

e. March 31, 2021, Captain's Complaint/Request requesting to be moved from F-Max to Annex. (SCC-Adkins- Grievance Docs 000005);

f. May 3, 2020, Captain's Complaint/Request for not being considered indigent for obtaining toothpaste, soap and envelopes. (SCC-Adkins- Grievance Docs 000006);

g. May 3, 2020, Captain's Complaint/Request stating "Detainee Rules by law of St. Clair tobacco products give high blood pressure, traditionally dependence ppl with High blood pressure nicotine reduce from misuse or intentional breaking etc. Sheriff Department Trinity Commissary as required etc. Products or the St. Clair County Jail, East Saint Louis Illinois 62203." (SCC-Adkins- Grievance Docs 000007);

h. June 3, 2020, Captain's Complaint/Request regarding incident of May 4, 2021 stating, "On May 4th I was escorted to infirmary b/c I couldn't breath or eat my food, I needed to be seen by the medical and never got treatment, C/O's and nurse bonnie put something in my nose and injected the fluid which choked me. I was laying face down on the floor they tried to pick me up while I was in pain and I couldn't move, so the jumped on me tasered me then punched me in my head then took me to to quite room and repeated the same action. I didn't resist, I filed a Complaint form and they didn't give me a response."." (SCC-Adkins- Grievance Docs 000008);

i. June 15, 2020, Captain's Complaint/Request for verification of trust fund account. (SCC-Adkins- Grievance Docs 0000043)

j. June 15, 2020, Captain's Complaint/Request for use of a phone. (SCC-Adkins- Grievance Docs 0000044)

k. July 3, 2020, Captain's Complaint/Request for statement of trust fund account along with an additional copy of supervisor action on same (SCC-Adkins- Grievance Docs 000009, 10);

l. July 6, 2020, Captain's Complaint/Request for statement of trust fund account. (SCC-Adkins- Grievance Docs 000011);

m. July 21, 2020, Captain's Complaint/Request for incident of opening of legal mail. (SCC-Adkins- Grievance Docs 000012);

n. August 1, 2020, Detainee Grievance Form for July 21, 2020, incident of opening of legal mail. (SCC-Adkins- Grievance Docs 000013);

o. August 20, 2020, Captain's Complaint/Request stating "Captain Collins allowed detainee's to get their commissary and e-cigs in this block b/c the kiosk allow us to order the thing we get regardless of restriction. Someone didn't do their job and restrict it then items not allowed due to our situation or crowdedness that burden don't fall on us detainee's, so Captain Collins allowed us to have what we ordered. C/O Bean is not following this order from Higher command and not allowing us our commissary. I ask to speak to Sgt. Nichols and was denied my right by C/O Kempf by him again he's not worry about it. My block officer is C/O Jermane. Now this is a Form of Reprisal. (Need a copy for my attorney Case No. 20-00601-JPG)." (SCC-Adkins- Grievance Docs 000014);

p. August 23, 2020, regarding money for commissary in struct fund account. (SCC-Adkins- Grievance Docs 000015);

q. August 31, 2020, requesting commissary. (SCC-Adkins- Grievance Docs 000016);

r. September 1, 2020, requesting commissary. (SCC-Adkins- Grievance Docs 000034);

s. September 3, 2020, Captain's Complaint/Request stating "Please forward to Capt Collins. Trinity Commissary is taken money of our trust fund account for e-cigs but your officers on the evening shift refuse to pass them out. Under your order, the problem is we are not on restriction and some haven't been placed on restriction yet so some of us should be allowed. C/O Bean took money from my account and want give me my commissary. I been off restriction, can you fix this". (Adkins- Grievance Docs 000017, 33);

t. September 8, 2020, Captain's Complaint/Request requesting court date and case number. SCC-Adkins- Grievance Docs 000035);

u. September 11, 2020, Captain's Complaint/Request stating "Emergency Grievance in the form of a reprisal against detainee" with four-page letter attachment and

stating "Mr. Adkins posits that housing him in Block with his pre-existing health conditions (mentally and physically) and the very real danger of contagion in custodial facilities is tantamount to cruel and unusual punishment prohibited by the Eight Amendment to the United States Constitution (*Helling v. McKinney*, 509 U.S. 25 34 (1993) notes that the Eighth Amendment prohibits a detainee from exposure to serious contagious diseases. Please see attached pages for further detail. Please send a copy so I can send to my lawyer. Thank you & God bless" and then continuing with a four-page attachment which concludes: "Mr. Adkins would like to be furloughed to his legal residence until further order of the Court." (SCC-Adkins – Grievance/Docs – 000036-39)

v. September 20, 2020, Captain's Complaint/Request stating "Trinity Commissary (T.S.C.) violated my Constitutional rights by exposure to serious contagious Covid-19 virus, deliberate indifference to serious medical need knowing the virus is in the jail, negligence of detainee's health issues in accordance with the 8th Amendment cruel and unusual punishment b/c I tested positive for the Covid-19 virus illegal search and seizures 4th Amendment." (SCC-Adkins- Grievance Docs 000018, 41)

w. September 20, 2020, Captain's Complaint/Request stating "B/c I tested positive for the CoVid-19 virus in the custody of St. Clair Co. Sheriff's department, Richard Watson failed to provide safety and security through negligence in accordance with deliberate indifference to a serious medical, due to the fact this facility reach well over the full capacity from crowdedness, prison condition not allowing masks in the blocks or supplying proper test, and exposure to serious contagious diseases, 8th Amendment cruel and unusual punishment/Illegal search and seizure 4th Amendment, 14th Amendment equal protection." (SCC-Adkins- Grievance Docs 000019, 42).

x. October 1, 2020, Captain's Complaint/Request requesting that a trust fund account statement is sent to court. (SCC-Adkins- Grievance Docs 000020);

y. October 15, 2020, Captain's Complaint/Request stating "C/O Bean can you please refund the $10 sick call receivable on May 4th this the second Complaint Form I turned in. I was never seen for that sick call and I was never was supposed to be charged b/c of the CoVid-19 pandemic in April. Can you please refund my money thank you and God bless! M35730 May 4th, A135203 May 22th." (SCC-Adkins – Grievance Docs 000021)

z. October 28, 2020, Detainee Grievance Form on inmate fund account refunds pointing to charges for medical requests for a May 4, 2020 incident and documents on same. (SCC-Adkins - Grievance Docs 000022-26):

aa. January 21, 2021, Captain's Complaint/Request stating "The Administrative provided the jail with cloth masks as a support for protective gear. Sometime at the beginning of this month. For the detainees I protest that these masks are not capable

of protecting inmates from the outbreak virus please give us masks that are more sufficient to prevent the spread. These masks only traps the virus and bacteria." (SCC-Adkins – Grievance Docs 000027)

bb. February 3, 2021, Captain's Complaint/Request stating "The Administrative just place J. --- R.--- to be housed in my cell. I immediate seen he had signs of the virus so I stop him at the door. I asked him was he O.K. he told me his ____ hurt and he can't breath, he was coughing and he don't feel good. I made him go to a open cell (2) I told the ▓▓ officer he said to the block officer I ▓▓▓▓▓▓ tell Sgt. Nichols No response! Please test him for the virus if he has it then I'm starting to think this jail is trying to kill me bc constantly exposing me to the virus purposely." (SCC-Adkins – Grievance Docs 000028)

cc. February 17, 2021, Captain's Complaint/Request stating in part, "(Read this really slow) put a order in to fix the computer that keeps picking my cell to do a shack down. It might be randomly stuck on it!!!" (SCC-Adkins – Grievance Docs 000029)

dd. March 15, 2021, Captain's Complaint/Request regarding vaccinations. (SCC-Adkins - Grievance Docs 000030);

ee. March 15, 2021, Captain's Complaint/Request requesting money order. (SCC-Adkins - Grievance Docs 000032);

ff. March 23, 2021, Captain's Complaint/Request requesting all grievance documents for discovery in case. (SCC-Adkins - Grievance Docs 000031);

29. These 29 Captain's Complaint/Requests and 3 Grievance forms were the only grievance procedure documents received from Carjuan Adkins from for this time period of January 10, 2020 through April 5, 2020 in the St. Clair County Jail records and are Bates-stamped as SCC-Adkins- Grievance Docs 000001-44.

30. Carjuan Adkins proceeded to exhaust the Grievance Procedure on three occasions:

a. January 24, 2020, Detainee Grievance Form for false arrest, being deliberately indifferent to serious medical need, and denial of access to a phone to contact a lawyer and family members (SCC-Adkins- Grievance Docs 000002);
b. August 1, 2020, Detainee Grievance Form for July 21, 2020, incident of opening of legal mail. (SCC-Adkins- Grievance Docs 000013);
c. October 28, 2020, Detainee Grievance Form on inmate fund account refunds pointing to charges for medical requests for a May 4, 2020 incident and documents on same. (SCC-Adkins - Grievance Docs 000022-26).

31. The three occasions in the preceding paragraph are the only instances when Carjuan Adkins proceeded to exhaust the Grievance Procedure.

32. All of the statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

_____
Shan Collins

STATE OF ILLINOIS    )
                     )
COUNTY OF ST. CLAIR  )

Subscribed and sworn to before me this 11 day of May, 2021.

_____
Notary Public

My commission expires:

April 18, 2023

"OFFICIAL SEAL"
YVONNE DEVALIA McCALL
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 18, 2023