


## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

**Name** _Cortjuan D Adkins_   **Number** _326167_ **Block** _AB 15_ **Date** _1-22-20_

*There are video footage that give cause to my complaint and witness*

**Complaint:**

From the time I was arrested (Jan 10-2020) until now and opening my Civil Rights has been Violated. St. Clair County Sheriff's Department and Fairview Heights Police officers. Miranda rights, illegal search and Seizures, False imprisonment, Cruel and unusual Punishment, deliberate indifferent to a serious medical need, violated my due-process and equal protection, even presented me to court under the influence of a unknown substance, and denied me access to contact a lawyer or family. I would like monetary damages for everyday I'm being held for violating my right 1th 8th and 14th Amendments0

**Signature** _Cortjuan Adkins_ **Date** _1-22-20_

*(Copies are made and sent to lawyers)*

**Officer Actions:**   Forwarded to Supervisor.

_____

**Signature** _GCA Harris_ **Date** _1-22-2020_
_A42_

**Supervisor Actions:**
You are currently being held on $50,000 bond on the charges of Unlawful Possession of a firearm. I do not know the details of your arrest & therefore can not speak about the details of your arrest. You were brought in & by your own admittance under the influence of drugs. You were treated by our medical staff. You then got in a fight w/ another detainee & placed in a single-person cell for yours & others safety. You were in several cells w/ phone access. If you still wish to file a lawsuit, you may contact a lawyer.

**Signature** _Sgt. T. Maynory_ **Date** _1-22-20_
_465_

**Admin Actions:**

_____

**Signature** _____ **Date** _____

SCC - Adkins - Grievance Docs - 000001

# St Clair County Jail

 

## DETAINEE GRIEVANCE FORM

Detainee Name: _Carman D. Adkins_

Cell Assignment: _AB-15_          Booking Number: _326167_

Date of Grievance Occurrence: _1-24-2020_

Nature of Grievance: _From the time I was arrested (Jan 10-2020)_
_until now and on-going My civil Rights are being violated_
_St Clair County sheriff's Department and fairview heights_
_police officers, Never Read me my Miranda Rights before_
_arresting me, illegal search and siezure, False imprisonment_
_Cruel and unusual Punishment, deliberate indifferent to Serious medical need_
_Violation of due process and equal proctection law. They Presented me to_
_court still under the influences of a unknown substance knowingly and_
_denied me access to contact a lawyer and family_

Action/Response: _____
_Detainee is allowed to contact family + attorney, via phone_
_or mail. Detainee Adkins has been seen by medical + psych_
_professionals in our facility + been given care. The rest of_
_these matters/complaints need to be addressed through_
_the courts. Public defender's office has been assigned to_
_represent Detainee Adkins._

Detainee's Signature: _(signature)_          Date: _1-24-2020_

Shift Supervisor's Signature: _(signature)_ 447          Date: _1-29-20_
                                  _P444ier_

✱ _Original forwarded to admin._
✱ _Copy given to Detainee Adkins._

SCC - Adkins - Grievance Docs - 000002





## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

**Name** _Carjuan D. Adkins_    **Number** _336167_ **Block** _E Mix 8_ **Date** _3-31-2020_

**REQUEST:**

_I Need my personal property, I had two tumbler cups with lids 1 bowl with lid. 3 socks 1 pair of boxers two T-shirts 1 set of long johns and my legal mail!! I Would like for these Items to be Replaced and Thank you!_

_God Bless all_

**Signature** _[signature]_    **Date** _3-31-2020_

**Officer Actions:**

_Forward to Property officer Sims_

_You did not come in with any of the Items you are Claiming to have. Msims  04-01-20_

**Signature** _Msims #418_    **Date** _03/31/2020_

**Supervisor Actions:**

**Signature** _____    **Date** _____

**Admin Actions:**

**Signature** _____    **Date** _____

SCC - Adkins - Grievance Docs - 000003




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

Name _Carlton D. Adkins_ Number _52667_ Block _Max-8_ Date _3-31-2020_

**REQUEST:** I would like to be taken off all medication. Also I need toilet paper, ~~soap~~ toothpaste, toothbrush and soap. thank you and God bless

Signature _Carlton Ad_ Date _3-31-2020_

**Officer Actions:**
Forward to Medical and to the Supply Offices

Signature _Nichols #418_ Date _03/31/2020_

**Supervisor Actions:**
Regarding detainee's medication, he has been scheduled for a follow-up with the psychiatrist to discuss discontinuation.

Signature _Sorrell B. Lh LPC_ Date _4/1/20_

**Admin Actions:** Sgt. Moore stated he would take care of the toilet paper, soap, toothpaste + toothbrush

Signature _Capt. Ahr_ Date _4-2-20_

SCC - Adkins - Grievance Docs - 000004




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

**Name** Carlvan D. Adkins **Number** 32618 **Block** Emax 8 **Date** 3-31-2020

**REQUEST:** Lt. Scrubbner I am requesting if there is any way to be moved from 8cell Emax to the Amex. I talked to Janelle and we agreed it would be best b/c I had some problems I can escape it by going to my room and locking down, to Isolate myself. If I can Thank you and Goodbye

**Signature** _(signature)_ **Date** 3-31-2020

**Officer Actions:**
Forward to Lieutenant Strubberg

**Signature** Niehot #418 **Date** 03/31/2020

**Supervisor Actions:**
I would also rather have you in gen-pop. But first, we need to be confident you can be trusted. You had a serious incident just a week ago when you claimed to have taken molly or X. This are the type of actions that lose our trust.

**Signature** _(signature)_ **Date** 4-1-20
Strubberg #470

**Admin Actions:**

**Signature** _____ **Date** _____

SCC - Adkins - Grievance Docs - 000005



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

CarJuan D. Atkins

**Name** CarJuan D. Atkins     **Number** 326167   326167   **Block** AB-4   **Date** 5-3-2020

AB-4   5 3 2020

**Complaint:** Im a detainee considered indigent when detained one bar of soap one stamped envelope one indigent toothpast and continue and continue as such one bar of soap one bar of soap soap paper plain envelope envelope stamped tooth envelope tooth paste indigent paste Authorized three sheets Coil trust Acclint # consecutive days issue Chaplain been approved superintendant meeting weekly offered on a request bass If you feel private session preference

**Signature** CarJuan Atk   **Date** 5-21-1987

**Officer Actions:** Your convenience done first weekly malinfunction loss tv loss service result donated new tvs once authority linting kept claim copied paper session will service preference

Forward to supervisor —

**Signature** _____   **Date** 108934158
gious
Anderson 401

**Supervisor Actions:** The Detainee Rules and Regulations states that a detainee is considered indigent when the detainee Inmate Trust Acclint has not exceeded $2.99 for the past thirty (30) consecutive days. At this time, indigent request can not be granted due to Detainee Adkins not meeting the Requirements to receive indigent Items.

**Signature** Sgt. Chambers #449   **Date** 05-03-2020
Chambers

**Admin Actions:**
_____
_____
_____
_____
_____
_____

**Signature** _____   **Date** _____

SCC - Adkins - Grievance Docs - 000006




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

5-3-2020

Name _CarJuan D. Adkins_ Number _32616_ Block _AB-4_ Date _5 21 7989_

**Complaint:**
_Detainee Rules by law of St. Clair + tobacco Products_
_give high blood pressure, traditionally dependence ppl with_
_High blood pressure Nicotine reduce from misuse or_
_intentional breaking etc. Sheriffs Department trinity_
_Commissery as required etc. Products of the St. Clar_
_East Saint Louis Illinois 62203_

Signature _CarJuan Adkins_ Date _May 4th 2020_

**Officer Actions:**
_Please see e-cigarette Liability waiver_
_Form and Detainee rules and Regulation_
_hand book page 29_

_Forward to Supervisor_

Signature _Ojm_ Date _5-3-2020_
Anderson 401

**Supervisor Actions:** _Agree with Officer's Actions_

Signature _Sgt. Chambers #449_ Date _05-04-2020_
Chambers

**Admin Actions:**

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000007



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

*Complaint Form*



**Name** Carjuan D. Adkins  **Number** 32617  **Block** LLB  **Date** 6-3-2020

**REQUEST:** On May 4th I was escorted to infirmary b/c I couldn't breath or eat my food, I needed to be seen by the Medical and never got treatment CO's and nurse bobbie put something in my nose and infected the fluid which choked me. I was laying face down on the floor they tried to pick me up while I was in pain and I couldn't move, so they jumped on me tasered me then punched me in my head then took me to Quite room and reported the same thing I didn't resist. I file a Complaint form and they didn't give me a response.

**Signature** Carj. Ad.   **Date** 6-3-2020

**Officer Actions:**

FORWARDED TO SUPERVISOR

**Signature** RBur #2114  Becker   **Date** 06/08/2020

**Supervisor Actions:**

REFERRED TO Medical

Detainee was transfered per medical to Inf on 5/5/20 and seen by Dr. Marcowitz 5/5/20. Detainee refused to cooperate and answered doctors questions during MD visit. Detainee placed in Inf per MD order to monitor. On 5/6/20 Detainee was transfered per Custody to QR. Detainee would not cooperate and get up to walk to QR.

**Signature** Sgt. Chambers #44 Chambers   **Date** 06-08-2020

**Admin Actions:** No Injuries during transfer to QR per this Nurse  Marcie Wain

SCC - Adkins - Grievance Docs - 000008



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

Name _Cordvan D Adkins_   Number _326169_ Lovejoind Block _B_ Date _7-3-2020_

REQUEST: _I have a Court order from the district Court for the trust fund officer to send the court a copy of my account to them w/ in a deadline._

Signature _[signature]_ Date _7-3-2020_

Officer Actions: _Forward to Commissary_

_I have recived an Email from the Court providing abor documents I have sent copies to our attorney as I do with any documents from the U.S. Government. 07-06-2020_

_Berm #91_

Signature _[signature] #406_ Date _7-3-20_
_M Kempf_

Supervisor Actions:

Signature _____ Date _____

Admin Actions:

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000009




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

Name _Carquan D. Atkins_   Number _526169 Love Level_   Block _5_   Date _7-3-2022_

**REQUEST:** I have a Court Order From the District Court
for the trust Fund officer to send the court a
color of my account to them w/ in a deadline.

Signature _[signature]_   Date _7-3-2020_

**Officer Actions:** Forward to Commissary

I have recived an Email from the Court providing above documents I have sent copies to
our attorney as I do with any documents from the U.S. Government. 07-06-2020
Bern #91

Signature _[signature] #406_   Date _7-3-20_
M.Kempf

**Supervisor Actions:** Agree w/ officer actions

Signature _Sgt. Deiter #471_   Date _7/6/2020_
Green

**Admin Actions:**

Signature _____   Date _____

SCC - Adkins - Grievance Docs - 000010



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

Name _Carfuan D. Adkins_ Number _326165_ Block _LLB_ Date _7-6-2020_

REQUEST: _Trust Fund officer to send account to district Court, I have order by Judge due before before 8-10-2020_

Signature _____ Date _7-6-2020_

Officer Actions: _Forward to commissary._
_As I responded to a request from 7-3-2020 I have gave information to our attorney as I have to do with any Mail I recive from the U.S. Goverment. 07-07-2020. I have attached a Copy of Request Form from 7-3-2020. 07-07-2020_

_Beam#91_

Signature _A. Johnson_ Date _7-6-20_

Supervisor Actions: _Agree of officer actions_

Signature _SMLDWH_ _Green_ Date _7/7/2020_

Admin Actions:

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000011




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

**Name** LaJuan D. Adkins   **Number** 326167 LLB   **Block** _____   **Date** 7-21-2020

**Complaint:**
7-21-20 Today at 1:16 AM C/O M. Ripperda brought me legal mail from Sedew harper Westhoff Attorney at Law and when doing so, he never opened the mail before handing it to me. he just gave it to me. I immediately seen that it was tore open and sealed shut with a tape. C/O M. Ripperda did not open me legal mail. it had to be another officer before him who opened my legal mail. I don't have tape and the sticky part on the inside of the mail I have been

**Signature** _____   **Date** 7-21-2020

used so my Lawyer didn't use tape same one here did

**Officer Actions:** I did not open the letter before I handed it to Mr. Adkins because I had no reason to especially since it was from an attorney/law firm. shortly after getting the letter Mr. Adkins complained to me that it was opened and taped and I saw that it was taped. I informed Mr. Adkins that maybe if someone opened it by mistake and taped it.

**Signature** _____   **Date** 7-21-20   Mr. Sanner suggested to me that maybe the attorney taped it and Mr. Adkins said

**Supervisor Actions:** that he would check on that.   Ripperda 441

Officer analysis is correct. Policy is we do not open + reveal detainee legal mail.

**Signature** _____ 447   **Date** 7-22-20
Penni

**Admin Actions:** _____

_____

_____

_____

_____

_____

**Signature** _____   **Date** _____

SCC - Adkins - Grievance Docs - 0000012

# St Clair County Jail




## DETAINEE GRIEVANCE FORM

Detainee Name: _CorJuan D. Adkins_

Cell Assignment: _LCB_          Booking Number: _326167_

Date of Grievance Occurrence: _7-21-2020 at 1:16 AM_

Nature of Grievance _C/o M. Ripperda Brought me
Legal Mail and it was opened then Retaped
Close, we could tell by the tare in the envelope
C/O Sims was on vacation and C/O Lavorte
said he don't pass mail out, at that time of Night.
My Legal been here since the 15th and I didn't
get it until late that night. Cameras Footages will
SHow my Mail was opened and read.
This is a Federal offense_

*I Recieved
my complaint
Response
8-1-2020*

Action/Response: _____

_My crew was not aware that we had mail to
pass until near lockdown that night. Mail had
already been sorted (Not By My officers).
We passed Mail only, Not sorted, not opened by
my staff. My officers are not aware of
why there was a tear or tape on the envelope.
Adkins can send a copy to his attorney... Copy provided 8-3-2u_

*-would
like to have
a copy to
send to my
lawyer
please
Thank you
and God bless*

Detainee's Signature: _[signature]_          Date: _8-1-2020_

Shift Supervisor's Signature: _[signature]_ _447_ Date: _8-3-20_

SCC - Adkins - Grievance Docs - 000013




### ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

To: Collins or Sgt Nichols

**Name** Carljuan D. Adkins   **Number** 326167   **Block** B   **Date** 8-20-2020

**Complaint:**

Captain Collins allowed detainee's to get their commissary and c-cigs in this block, b/c the kiosk allow us to order the thing we get regardless of Restriction. Someone didn't do there Job and Restrict it from items not followed, due to our situation of crowdedness that burden don't fall on us detainee's, so Captain Collins allowed us to have what we ordered. C/O Beam is not following this order from Higher command and not allowing us our commissary. I ask to speak to Sgt Nichols and was denied my right by c/o Beam + I'm in Twin hes not worry about it. My block officer is c/o Ferhand. Now This is a Form of Respisal.

I Need For my case No.
a copy of attorney    20-00601-JPG    **Signature** Carljuan A   **Date** 8-20 2020

**Officer Actions:**

Formed to Commisary

Detainee Adkins went on restriction on 8-1-2020 + Placed Commissary on 8-16-2020 I attempt to give Detainee Adkins his hygene, Clothing & Paper products on 8-21-2020 with C/O Pea with me + Detainee Adking refused his hygene, Clothing + Paper Product Multiple times. 8-24-2020

Beam #981

**Signature** #981   **Date** 8-20-20

**Supervisor Actions:**

Situation Completes by Commissary

**Signature** _____   **Date** 8 05 20

**Admin Actions:**

**Signature** _____   **Date** _____

SCC - Adkins - Grievance Docs -000014



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name _Curjuan Adkins_   SD Number _30617_   Block _B_   Date _8-23-20_

Request/Complaint: _I ordered commissary on 8-16-20 and was denied my commissary b/c I am on restriction. I'm requesting that my commissary purchased the money be put back on my trust fund account as soon as possible. Thank you and God Bless You_

Signature _____   Date _8-23-20_

Officer Actions: _forward to commissary_
_Detainee Adkins went on restriction on 8-1-2020 & placed order on 8-16-2020. I attempt to give Detainee Adkins his hygiene, clothing & paper products on 8-21-20 with C/O Pea with me & Detainee Adkins refused his hygiene, clothing & paper products multiple times. 8-24-2020_
_Bean#91_

Signature _L. Stanwell_   Date _8/23/20_

Supervisor Actions: _____

Signature _____   Date _____

Administration Actions: _____

Signature _____   Date _____

SCC - Adkins - Grievance Docs - 0000015



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name _LanJuan D. Adkins_ SD Number _326167_ Block _B_ Date _8-31-20_

**Request/Complaint:** _Can I have my Commissary I'd ordered on 8-16-2020 I'm off restriction today and would like all my stuff_

_Thank you_

_God bless_

Signature _____ Date _8-31-20_

**Officer Actions:** _FORWARDED TO COMMISSARY_
_Detainee Adkins was given His Commissary on 9-3-2020, 9-4-2020_
_Bean #91_

Signature _J Bean #414 BECKER_ Date _08/31/2020_

**Supervisor Actions:** _Agree with DSA Bean's Actions_

Signature _Sgt. Chambers #449 Chambers_ Date _09-05-2020_

**Administration Actions:** _____

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000016



### ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

*To: Captain collins*

Name *Carljuan D Adkins*   Number *326167*   B-12   Block ~~E14~~   Date *9-3-2020*

**Complaint:** *Please Foward to Cpat collins.*
*Trinity Commissary is taken money out trustfund account for e-tics but your officers on this evening shift refuse to pass them out under your order. The Problem is we are onton restriction and some haven't been placed on destrict any so some of us should be allowed. C/O Beam took money from my account and want give me my commissary. I been on restriction, can you fix this*

Signature *C.L.A.*   Date *9-3-2020*

**Officer Actions:**
*Foward to supervisor, Afer talking to captain collins, they are no longer allowed to order E-tics. Detainee Adkins need to provide receipt numbers & order dates for issue to be looked into. 9-4-2020*
*Beam#91*

Signature *H.L. Thops 434*   Date *9/3/2020*

**Supervisor Actions:**
*Agree w/ officer actions*

Signature *Sgt Mills #471   Green*   Date *9/5/2020*

**Admin Actions:**

Signature _____   Date _____

SCC - Adkins - Grievance Docs - 000017

COPY

*Turned in to block officer N. Liebig on 9/13/20 at 1:30pm*

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST/COMPLAINT FORM

Name Co Juan D. Adkins  SD Number 326167  Block A-Block  Date 9-20-2020

Request/Complaint: Trinity Commissary (T.SG) Violated my Constitutional rights by exposure to serious contagious Covid-19-virus, deliberate indifference to serious medical need knowing the virus is in the jail, negligence of detainees Health Issues In accordance with the 8th Amendment cruel and unusual punishment B/c I tested positive for the COVID-19 virus Illegal search and Seizure 4th Amendment

Signature _____  Date 9-20-2020

Officer Actions: Detainee, Adkins rights were not violated. Cleaning Supplies are issued twice daily, all incoming detainees are screened by Medical before entering the facility, and all staff entering the jail are given a mask.

Signature N. Liebig 476  LIEBIG  Date 9-20-2020

Supervisor Actions: Agree with Officer's Actions

The Block was issued a cleaning bucket and cleaning supplies on 09-20-2020

Signature Sgt. Chambers #449  Chambers  Date 09-20-2020

Administration Actions: _____

Signature _____  Date _____

SCC - Adkins - Grievance Docs - 000018

*turned in to bio contract N. Liebig @ 10pm on Tays*



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name _Jarylynn D Adkins_ SD Number _326167_ Block _A-Block_ Date _9-20-2020_

**Request/Complaint:** B/C I tested Positive For the Covid-19 Virus in the Custody of St. Clair Co. Sheriffs department Richard Watson failed to provide safety and security Through Negligence In accordance with Deliberate Indifference to Obtaining medical, Due to the fact this facility Reach well over The Full Capacity's From Crowdedness, Prison condition, not allowing masks in the blocks or Supplying Proper test, and exposure to serious contagious Diseases, 8th Amendment cruel and unusual Punishment / Illegal Search and Seicure 6th Amendment, 14th Amendment equal protection

Signature _Adkins_ Date _9-20-2020_

**Officer Actions:** Forwarded to Supervisor.

Signature _N. Liebig 476_ Date _9-28-2020_

**Supervisor Actions:** Forwarded To Administration

Signature _Sgt. Chambers #449 Chambers_ Date _09-28-2020_

**Administration Actions:** Jail administration has taken a multitude of measures to prevent the spread of Covid-19. Covid-19 is a virus and no matter what precautions are taken, there is a possibility of contracting Covid-19

Signature _[illegible]_ Date _9-29-20_

SCC - Adkins - Grievance Docs - 000019



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name _Carjuan Adkins_   SD Number _326167_   Block _J_   Date _10-1-202_

Request/Complaint: I need the Trust Fund Officer to send a copy of my trust fund account from the period 3-1-2020 to 9-25-2020 to the District Court Clerk Office heres a copy of the certification   please send me a copy back. Thank you and God bless

Signature _____   Date _10-1-2020_

Officer Actions: Forward to Commissary / Officer Bean
The Courts sent me instruction / certification in mail. I filled them out and also gave them account history as they asked for. Was completed on 10-2-2020.
                                    Bean #91

Signature _J. Futrell_   Date _10-1-20_
        J. Futrell #407

Supervisor Actions: _____

Signature _____   Date _____

Administration Actions: _____

Signature _____   Date _____

SCC - Adkins - Grievance Docs - 000020

Yellow
Door

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name _Carjuan D Adkins_ SD Number _326167_ Block _I Block_ Date _10-5-2020_

**Request/Complaint:** To Sean Can you Please refund the #10 sick call Recievable on may 4th this The second Complaint form I turned in, I was never seen for that sick call and I was never was supposed to be charged b/c of the Covid-19 pandemic in April. Can you Please refund my money thank you and God bless!

M35.730 (may 4th)
#35203 may 22th

Signature _Carjuan Adkins_          Date _10-15-2020_

**Officer Actions:** I Confirmed with Medical that Detainee was seen on 4-28-2020. No refund will be given. I have attached Medical Request Form for 4-28-2020 Showing he was seen. 10-23-2020

Signature _Baum #91_          Date _10-23-2020_

**Supervisor Actions:** _____

**Administration Actions:** _____

Signature _____          Date _____

SCC - Adkins - Grievance Docs - 000021



# St. Clair County Jail
## DETAINEE GRIEVANCE FORM

Detainee Name: _Carlson D. Hollins_

Cell Assignment: _J Block_     Booking Number: _326167_

Date of Grievance Occurrence: _05.4-2020 #M35720_

Nature of Grievance: _Refund For comment 20200428_
_I was charged 10 dollars for going to infeamary_
_and I was never seen due to a physical_
_altercation by staff on 5-4-2020! I_
_went to the quiet room on 5-6-2020 I was_
_never treated or wrote out a Health request slip_
_b/c I passed out in the dayroom the money_
_was taken off May 22 A135203 I was never charged_
_for Health Request slip on 4-28-2020_

Action/Response: _I recieved medical request for date of 4-28-2020. Detainee Adkins was_
_Charged for Medical request on 5-4-2020. No money was collected_
_on 5-4-2020 as Adkins did not have funds on account. On 5-22-2020_
_the $10.00 was collected as funds had been placed on Adkins_
_account._

Detainee's Signature: _____ Date: _10-28-2020_

Receiving Officer's Signature: _Beam #91_     Date: _10-29-2020_

Shift Supervisor's Signature: _____ Date: _10-29-20_

***NOTE: St. Clair County Sheriff's Department Request Complaint Form must be submitted
prior to filing a Detainee Grievance Form.***

REVISED 07/09/15

SCC - Adkins - Grievance Docs - 000022



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
### *MEDICAL REQUEST FORM*

Inmate Name: _Adwis Cayuan_   Date: _4/28/20_

SD Number: ████████   Block: _118_

Medical/Dental Problem: _athlete foot_

---

### *SECTION BELOW TO BE COMPLETED BY THE MEDICAL STAFF ONLY*

| | | |
|---|---|---|
| ☐ | DOCTOR | $10.00 |
| ☑ | NURSE | $10.00 |
| ☐ | DENTIST | $10.00 |
| ☐ | FOLLOW UP | $10.00 |
| ☐ | CHRONIC CARE CLINIC | $10.00 |
| ☐ | X-RAY | $10.00 |
| ☐ | EMERGENCY VISIT | $10.00 |
| ☐ | PSYCHIATRIST | $10.00 |

I understand that medical care will never be refused to any inmate. Inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate's trust fund. When funds are received, the medical payment will be deducted from the trust balance.

I further understand that this medical debt is not eliminated at the time of my release from the St. Clair County Jail. If I return to the jail in the future, this debt for past services will be deducted from funds receipted upon readmission.

I also understand that I am responsible for submitting a copy of my valid medical card in lieu of being charged for medication and/or off-site visits if needed.

Inmate's Signature: _X_   Date: _4/28/20_

Medical Staff Signature: _____   Date: _4/28/20_

Trust Officer Signature: _Beam #91_   Date: _4-28-2020_

Medical Card #: _____   Date: _____

Issuing Agency: _____

ORIGINAL – MEDICAL        YELLOW – TRUST FUND        PINK – INMATE

SCC - Adkins - Grievance Docs - 000023

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## *MEDICAL REQUEST FORM*

Inmate Name: _____     Date: _____

SD Number: ████████████████     Block: _____

Medical/Dental Problem: _____

---

### *SECTION BELOW TO BE COMPLETED BY THE MEDICAL STAFF ONLY*

☐ DOCTOR                        $10.00
☐ NURSE                         $10.00
☐ DENTIST                       $10.00
☐ FOLLOW UP                     $10.00
☐ CHRONIC CARE CLINIC           $10.00
☐ X-RAY                         $10.00
☐ EMERGENCY VISIT               $10.00
☐ PSYCHIATRIST                  $10.00

I understand that medical care will never be refused to any inmate. Inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate's trust fund. When funds are received, the medical payment will be deducted from the trust balance.

I further understand that this medical debt is not eliminated at the time of my release from the St. Clair County Jail. If I return to the jail in the future, this debt for past services will be deducted from funds receipted upon readmission.

I also understand that I am responsible for submitting a copy of my valid medical card in lieu of being charged for medication and/or off-site visits if needed.

Inmate's Signature: _____     Date: _____
Medical Staff Signature: _____     Date: _____
Trust Officer Signature: *Beam #91*     Date: 4-28-2020
Medical Card #: _____     Date: _____
Issuing Agency: _____

ORIGINAL - MEDICAL          YELLOW - TRUST FUND          PINK - INMATE

SCC - Adkins - Grievance Docs - 000024

*** REPRINTED ON 10/29/2020 BY cbean ***

# Receivable Charge
# Receipt #M35730

St. Clair County Jail

05/04/2020 11:25:50
ST 013| | | OPR cbean

**ADKINS,**
**CARJUAN**

Sheriff Number : ███████
Date of Birth : ███████
Location : FFJ

MEDICAL CALL –

| | | |
|---|---|---|
| Old Bal : | $0.00 |
| Charged : | + $10.00 |
| Collected : | – $0.00 |
| New Bal : | $10.00 |

Comment : 20200428

Total Collected : $0.00

Signed: _____

SCC - Adkins - Grievance Docs - 000025

*** REPRINTED ON 10/29/2020 BY cbean ***

# Receivable Collect
# Receipt #A135203

St. Clair County Jail

05/22/2020 14:35:15
ST 001 |          |    OPR cobra

**ADKINS,**
**CARJUAN**

Sheriff Number :    ███████
Date of Birth :     ████████
Location :          FFJ

Receivable Collections:

MEDICAL CALL -

|              |   |          |
|--------------|---|----------|
| Old Bal      | : | $10.00   |
| Collected    | : | ~ $10.00 |
| New Bal      | : | $0.00    |

Total Collected :              $10.00

Signed: _____

SCC - Adkins - Grievance Docs - 000026




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST- COMPLAINT FORM



Name _Carquen Adkins_ Number _326167_ Block _AA-1_ Date _1-21-2021_

Request/ Complaint: The Adminstractive provided the jail with cloth masks as a support for protective keep. Sometime at the begining of this month. For the detaine I protest that althose masks are not capable of protecting inmates from the outbreak virus please give us masks that are more sufficient to predient the spread. These masks only traps the virus and bacteria.

Signature _____ Date _1-21-2021_

Officers actions: Forward to Supervisor

Signature _____ #406_ Date _1-21-21_
m.Kempf

Supervisors Actions: Please provide scientfic data to support your claim. Until then wear the mask provided. The S.O's making the best effort by working with the health department and CDC to ensure detainee safety.

Signature _____ Date _01.14.21_

Admin Action: _____

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000027



## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
### REQUEST- COMPLAINT FORM
*COPIED*





Name *Carlson D. Adkins* Number *526167* Block *AM-1* Date *2-3-2021*

Request/ Complaint: *The Administrator Lt. Pierce Times Randle to be housed in my cell I immediate seen he had Sings of the virus so I stop him at the door. I asked him was he ok he to ame to sone I made him go to a open cell Lt. told the block officer he said tell the block officer I need Andrew in my cell tell Lt. Nichols No response please test him for the virus if he be constatly exposing me the virus purposely*

Signature *Carl Jinkins* Date *2-3-2021*

Officers actions: *Detainee Randle was seen by the nurse at intake and was showing no signs during housing and did not tell anyone before housing. Detainee Randle was advised to fill out a sick call if he needed to.*

*Forward to supervisor*

Signature *[signature]* #406 Date *2-3-21*

Supervisors Actions: *M. Kempf Medical was informed about Detainee Randle's health Complaints this afternoon*

Signature *[signature] Nichols* Date *2-3-2021*

Admin Action:

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000028




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
### REQUEST- COMPLAINT FORM



Name _Cartjuan Adkins_ Number _326167_ Block _AA-1_ Date _2-17-2021_

**Request/ Complaints:** (read this really slow) Put a order in to fix the computer that keeps picking my cell to do a shakedown it might be randomly stuck on it til now so this (East) it must hear you guys talk about things so it strategies how you guys can keep messing my shot up early in the morning. I believe its either a kick or off it down malfunction problems this is The 4th time this week please stop!!

Signature _____ Date _2-18-2021_

**Officers actions:** _Cell #1 has been on the Shakedown log only on the following dates     2-5-21 ,  2-13-21,  2-17-21_

Forward to supervisor

Signature _____ #406 Date _2-17-21_
                    M.kempf

**Supervisors Actions:** the Annex Shakedown schedule is random & your cell coming up 3 times in 12 days is not intentional

Signature _____ Date _2-17-2021_
                    NICHOLS

**Admin Action:** _____

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000029

*to the incentive jobs give their employees*

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# DETAINEE REQUEST/COMPLAINT

*✱ I need a copy for my lawyer ✱*

Detainee Name **Calvin D Adkins** SD Number **396167** Block **AA-1** Date **3-15-21**

**Request/Complaint:** B/c I'm detained in St Clair county (Jail) which is a Private actor - The sheriff Department form of Business!! I'm still Innocent until proven guilty, So I have Clearly established Rights as a pretrial detainee. B/c I Caught the Covid-19 Virus multiple times including a positive test I suffered from the symptoms of the virus and witness other detainees die. From it since my stay here. If you Really care!! about your detainees as you do your employee's. I or we should get an incentive to take the vaccine in the same amount you are your staffs stimulus!

Detainee Signature _(signature)_ Date **3-15-21**

**Officer Actions:** I ADVISED DETAINEE ADKINS THAT THERE IS NO INCENTIVE THAT I'M AWARE OF FOR DETAINEES TO RECEIVE THE VACCINE. I ADVISED DETAINEE ADKINS IT IS HIS CHOICE TO TAKE THE VACCINE OR NOT.

Officer Signature _(signature)_ Agew Date **3/15/21**

**Supervisor Actions:** Agree with Officers Actions

Supervisor Signature **Sgt. Chambers #449** Date **03-15-2021**

**Administration Actions:** Vaccine issued to detainees that Wanted vaccine on 3/15/21 & 3/16/21

Administration Signature _(signature)_ Date **3-16-21**

SCC - Adkins - Grievance Docs - 000030

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## DETAINEE REQUEST/COMPLAINT

Detainee Name _CarJuan D Adkins_ SD Number _326167_ Block _AA-1_ Date _3-23-2_

Request/Complaint: I need Every complaint/Request and Grievance form I submitted during from January 2020 to now March 2021 Due to court order by Judge Phil Gilbert copies all and completed or not completed by your Administrative on every and all different subject matters concerning

Detainee Signature _CarJuan_ Date _3-23-2_

Officer Actions: Forward to Supervisor

Officer Signature _Sheriff #406_ _m kempf_ Date _3-23-21_

Supervisor Actions: You have received copies back already. Do you have those to be copied for courts? Do you have an order requiring them sent directly to courts?

Supervisor Signature _____ Date _03-26-21_

Administration Actions: _____

Administration Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000031



# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## DETAINEE REQUEST/COMPLAINT



Detainee Name _CarJuan D. Adkins_ SD Number _52616?_ Block _AA-1_ Date _3-15-21_

**Request/Complaint:** _Forward to Bean please_
_Can you bring me my $500.00 money order_
_to put it on my bookte_      _Thank you and God_
_Bles_

Detainee Signature _____ Date _3-15-21_

**Officer Actions:** _Forward to Commissary officer Bean_
_Detainee Adking's money order was added on 3-18-2021, Bean #91_

Officer Signature _____ Date _3-15-21_

**Supervisor Actions:** _Agree with Officer's Actions_

Supervisor Signature _Sgt. Chambers #449 Chambers_ Date _03-15-2021_

**Administration Actions:** _____

Revised 02/10/2021
2

Administration Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000032




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# COMPLAINT FORM

To: Captain collins

**Name** CarJuan D Adkins **Number** 326167 **Block** B-12 **Date** 9-3-2020

**Complaint:** Please Foward to Capt Collins.
Trinity Commissary's taken Money of our trust fund account
for extis but your officers on the evening shift refuse to
assthem out. under your order. The problem is we are
not on restriction and some havent been placed on restriction yet
so some of us should be allowed. C/o Bean took money order
my account and want give me my comissary. If bean off
restriction, can you fix this

**Signature** CarJuan D Adkins **Date** 9-3-2020

**Officer Actions:**
Forward to supervisor. After talking to captain collins, they are no longer allowed to order extis.
Detainee Adkins need to provide receipt numbers + order dates for issue to be
looked into. 9-4-2020
Bean#91

**Signature** L Thomas 424 **Date** 7/3/2020

**Supervisor Actions:**
Agree w officer actions

**Signature** Sgt M D #471 Green **Date** 9/5/2020

**Admin Actions:**

**Signature** _____ **Date** _____

SCC - Adkins - Grievance Docs - 000033




# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

To: Collins

Name _Car Juan D. Adkins_ SD Number _326107_ Block _B-12_ Date _9-1-2020_

Request/Complaint: _I was told by Captain collins when I come off Restriction I can have my commissary. Can I please have my Commissary. If not can you put my money back on my trust fund account._

_Today please. Thank you + God bless_

Signature _____ Date _9-1-2020_

Officer Actions: _FWD to Commissary_
_Detainee Adkins was given his commissary on 9-3-2020_
_Boom #91_

Signature _____ Date _9-2-2020_

Supervisor Actions: _Agree w/ officer actions_

Signature _Sgt ___ #471 Green_ Date _9/5/2020_

Administration Actions: _____

Signature _____ Date _____

SCC - Adkins - Grievance Docs - 000034

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

To: Sgt Chambers

Name _Car Juan Adkins_  SD Number _526167_  Block _B-11_  Date _9-8-20_

**Request/Complaint:** Mrs. Chambers I'm sorry for bothering you b/c I know you are busy. I need a couple things and I'm having trouble getting them
1) When is my next court date? I suppose to went yesterday 9-8-20 but I didn't go
2) Can you give me a print off or write down my case # I was charged with felony of Ammunition
3) I.R.A.    Thank you and bless you

Signature _____  Date 9-8-20

**Officer Actions:** I ADVISED DETAINEE ADKINS THAT HIS COURT DATE IS SEPT 22ND AT 08:30 AND THAT I WOULD ADVISE HIM OF HIS CASE NUMBER

Signature _____ #414 BECKER   Date 09/09/2020

**Supervisor Actions:** Agree w/ officer actions

Signature ___ #479 Green   Date 9.10.2020

**Administration Actions:** _____

Signature _____  Date _____

SCC - Adkins - Grievance Docs - 000035

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

*Emergency Grievance - In the form of Reprisal against detainee*

Name Cajuan D. Adkins  SD Number 526167  Block B-11  Date 9-11-2020

**Request/Complaint:** Mr. Adkins posits that housing him in Block with his pre-existing health conditions (mentally and physically) and the very real danger of contagion in custodial facilities is tantamount to cruel and unusual punishment prohibited by the Eighth Amendment to the United States Constitution (Helling V. McKinney, 509 U.S. 25 34 (1993) notes that the Eighth Amendment prohibits a detainee from exposure to serious contagious diseases. Please see attached pages for further detail.
Please send a copy so I can send to my lawyer! Thank you

3/3

Signature Cajuan D. Adkins  Date 9-11-2020

3 Godbless

**Officer Actions:** forwarded to Supervisor

Signature R Reed  Date 9-16-20

**Supervisor Actions:** Fwd. to Admin.

FF-B

Signature Sgt W Wyn Grun  Date 9-16-2020

**Administration Actions:** FF-B Block is currently used as a segregation housing unit. Detainee was housed in FF-B Block due his involvement in an altercation. Per the incident detainee Adkins is seen on video striking a detainee. Detainee Adkins wasn't intentionally exposed to a contagious disease

Signature ___  Date 9-17-20

SCC - Adkins - Grievance Docs - 000036

Major Tammy Gacino                    9-11-2020

On 8-1-2020 Cur Juan D. Adkins #326167 was housed in Lower Level B, he was having high blood pressure problems all the day, Mr. Adkins couldn't get his blood pressure to stable. Mr. Adkins was punched in the face by earl davis that lead into a physical altercation. Although Mr. Adkins never actually hit earl davis they was written up for a fight. Nurse melody documented that my blood pressure so high she had to call the doctor to give me medication, I was placed in F-max (after they took pictures of my face) 6-cell with Detainee Amos winters in 5 cell on Quarantine and 7 cell on Quarantine these detainee's, was exposed to a detainee who died from the corona virus, 3 weeks after, Mr. Adkins was moved to B-block still on Restriction status. Mr. Adkins wasn't able to get off of Restriction until 8-31-2020 Attention Earl Davis was allowed to go back to Lower Level B. Mr. Adkins at this time took the covid-19 test by Mrs. Nurse Sherri and the test came back Negative, and Mr. Adkins was allowed to go to court on 8-26-2020. * Mr. Adkins housed in B-block with another Doc Custody prisoner waiting to be transferred one of the being Richard Stover #5215 who was housed in B-

SCC - Adkins - Grievance Docs - 000037

members moved some of the Doc prisoners to be transfer after all in B-Block was tested for the covid-19. But Richard Stover, Howard dotson **prisoners** tested positive for the covid-19 and they moved them out the block of B, on 9-1-2020, B/c There was no announcement of the prisoners being positive of the covid-19 Mr. Adkins moved in cell-17 were Richard Stover was in. Staff members Then moved 12 inmates who tested positive for the covid-19 in A-Block with Richard Stover and Howard dotson among them. Richard Stover was in A-cell, B Block and A Block share the same ventilation system openly.

* Mr. Adkins haven't been on Restriction since 8-31-2020 and completed his disciplinary time. Mr. Adkins is Locked down for 24 hours Trap and have no asistance at time from St. Clair Co staff member due to their schedules. Mr. Adkins should be able to have all his privileges and able to Recieve all his complaint forms Responses purposely ignored by staff members Mr. Adkins filled out Request to be Released from St. Clair Co jail due to the 81 cases with one died from the covid-19 virus. This is a complaint for Violation in the form of Breoprisk

SCC - Adkins - Grievance Docs - 000038

②

B/C St. Clair Co Sheriff department and staff members of the jail. They purposely denie him complaint forms about the prison conditions and the negligence of St. Clair Co. staff members Mr. Adkins asked c/o Sabo how come detainees got to move from B-Block he said they have privileges, Mr. Adkins asked him why he couldn't move to another block b/c Mr. Adkins had privileges, c/o Sabo said it was up to Lt. Scrubburg to keys told Mr. Adkins Lt. pariers is the ne who move him in B-Block from F-Max. urse Janelle told Mr. Adkins she had no control ver the movements. On 9-11-2020 allowed F-Block to come out there cells and have here privileges while they quarantine even inmates who are on restriction once lockdown status. But B-Block who is not positive for the covid-19 are confined 24 hrs housed in the cell with limited communication. This is Deliberate indifference to a serious medical need to covid-19
Equal proction rights cruel and unsual punishment exposure to the covid. excessive use of force from being confined with the ventilation system. Mr. Adkins would like to be furloughed to his legal residence until further order of the court.

9-11-2020

Respectfully Submitted

SCC - Adkins - Grievance Docs - 000039

~~my due process by the investigation~~
~~prosecutor Christ Liat and Deacon Hess~~
~~who hindered the process due through~~

SCC - Adkins - Grievance Docs - 000040

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM

Name _Cpn Juan D. Adkins_  SD Number _326167_  Block _A-Block_  Date _9-20-2020_

Request/Complaint: _Trinity Commissary (T.S.G) violated my Constitutional rights by exposure to serious contagious Covid-19 virus, deliberate indifference to serious medical need knowing the virus is in the jail, negligence of detainees Health Issues In accordance with the 8th Amendment cruel and unusual punishment B/C I tested positive for the Covid-19 virus Illegal search and seizure 4th Amendment_

Signature _Cpn JD Adkins_  Date _9-20-2020_

Officer Actions: _Detainee Adkins rights were not violated. Cleaning Supplies are issued twice daily, all incoming detainees are screened by Medical before entering the facility, and all staff entering the jail are given a mask._

Signature _N. Liebig 476_  Date _9-20-2020_
_LIEBIG_

Supervisor Actions: _Agree With Officers Actions_

_The Block was issued a cleaning bucket and Cleaning supplies On 09-20-2020_

Signature _Sgt. Chambers #449_  Date _09-20-2020_
_Chambers_

Administration Actions: _____

Signature _____  Date _____

SCC - Adkins - Grievance Docs - 000041

## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## REQUEST/COMPLAINT FORM



Name _Marquan D. Adkins_  SD Number: _326107_  Block _A-Block_  Date _9-20-2020_

**Request/Complaint:** B/C I tested positive for the Covid-19 virus in the custody of St. Clair Co. Sheriff's department Richard Watson failed to provide safety and security, through negligence in accordance with Deliberate Indifference to a serious medical, Due to the fact this facility reach well over the full capacity from crowdedness, prison condition, not allowing masks in the blocks or supplying proper test, and exposure of to serious contagious Diseases, 8th Amendment cruel and unusual punishment / Illegal search and seizure 6th Amendment, 14th Amendment equal protection

Signature _Copy Adk_  Date _9-20-2020_

**Officer Actions:** _Forwarded to Supervisor._

Signature _N. Liebig 476_  Date _9-28-20__

**Supervisor Actions:** _Forwarded To Administration_

Signature _Sgt. Chambers #449_  Date _09-28-2020_
Chambers

**Administration Actions:** Jail administration has taken a multitude of measures to prevent the spread of Covid-19. ~~The~~ Covid-19 is a virus and no matter what precautions are taken, there is a possibility of contracting Covid-19

Signature _____  Date _9-25-20_

SCC - Adkins - Grievance Docs - 000042




## ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM

**Name** _Carjuan D. Adkins_ **Number** _32616_ **Block** _LLB_ **Date** _6-15-20_

**REQUEST:** _Can you please Fill out and Send back_
_verification of my trust account_

**Signature** _Carjuan_ **Date** _6-15-20_

**Officer Actions:** _Forward to ~~Stores~~ Commissary._
_Courts will normally send me a form/Instructions on six months history @ 6-20_
_Bean #91_

**Signature** _M. Johnson #413_ **Date** _6/15/70_

**Supervisor Actions:**
_agree with action_

**Signature** _Nichols_ **Date** _6-16-2020_

**Admin Actions:**

SCC - Adkins - Grievance Docs - 000043



### ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# REQUEST FORM



**Name** Canjuan D. Adkins   **Number** 2667 **Block** LLB **Date** 6-15-20

**REQUEST:** May I please use the Free phone b/c I don't have any money on my books to call a 618# it cost to much for me to bond out

**Signature** _(signature)_   **Date** 6-15-20

**Officer Actions:** Forward to Booking

**Signature** M.Johnson #413   **Date** 6/15/17

**Supervisor Actions:** If you don't have any Money on your books and cannot call collect, you will need to request an indigent package and write to your people/Family

**Signature** _(signature)_ NICHOLS   **Date** 6-16-2020

**Admin Actions:**

SCC - Adkins - Grievance Docs - 000044