IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARJUAN D. ADKINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-986-SMY |
| | ) |
| RICHARD WATSON, | ) |
| TRINITY SERVICE GROUP, and | ) |
| DAVID MARCOWITZ | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty (Doc. 108), recommending the granting of the motions for summary judgment for failure to exhaust administrative remedies filed by Defendants Trinity Service Group (Doc. 78), Richard Watson (Doc. 80), and David Marcowitz (Doc. 81). No objections have been filed to the Report. For the following reasons, Judge Beatty's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Beatty thoroughly discussed and supported his conclusions that Plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit. The Court finds no clear error in Judge Beatty's findings, analysis and conclusions, and adopts his Report and Recommendation

in its entirety.

Accordingly, Defendants' motions for summary judgment for failure to exhaust administrative remedies (Docs. 78, 80, and 81) are **GRANTED**. Plaintiff's claims are **DISMISSED without prejudice** and the Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: March 28, 2022**

**STACI M. YANDLE**
**United States District Judge**